**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00001-CV**

_____

**IN RE ROBERT J. KEENS**

**Original Proceeding**

**MEMORANDUM OPINION**

Robert J. Keens filed a petition seeking mandamus relief from the trial court's order transferring his suit to Harris County. *See* Tex. Civ. Prac. & Rem. Code Ann. § 15.0642 (West 2002). The relator has not established that the trial court abused its discretion in granting the motion to transfer venue on the record before the trial court at the time of its ruling. Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Opinion Delivered January 15, 2013

Before Gaultney, Kreger, and Horton, JJ.